# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| RANDALL RAY CORWIN, | ) |
| Plaintiff, | ) Case No. 4:13-CV-00604-HFS |
| vs. | ) |
| CITY OF INDEPENDENCE, MISSOURI, and RAY COUNTY, MISSOURI, | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

COME NOW Robert O. Jester and the firm of ENSZ & JESTER, P.C. and hereby enter their appearance on behalf of Defendant Ray County, Missouri in the above-captioned matter.

*Respectfully submitted,*

ENSZ & JESTER, P.C

/s/ Robert O. Jester
_____
Robert O. Jester                        #23465
Benjamin Stelter-Embry                  #65404
1100 Main St., Suite 2121
Kansas City, MO 64105
Telephone:    816-474-8010
Facsimile:    816-471-7910
rjester@enszjester.com
bstelter-embry@enszjester.com
**ATTORNEYS FOR DEFENDANT
 RAY COUNTY, MISSOURI**

## **CERTIFICATE OF SERVICE**

      I hereby certify that I filed a copy of the foregoing electronically *via* the CM/ECF system and a copy of same was served *via* United States mail, first class, postage prepaid, this 20th day of June, 2013 to:

David D. Neuendorf
THE NEUENDORF LAW FIRM LLC
7140 Wornall Dr., Suite 201
Kansas City, O 64114
**Attorneys for Plaintiff**

David S. Baker
Peter Maharry
FISHER PATTERSON SAYLER & SMITH LLP
51 Corporate Woods, Suite 300
9393 W. 110th St.
Overland Park, KS 66210
dbaker@fisherpatterson.com
pmaharry@fisherpatterson.com
**Attorneys for Defendant**
  **City of Independence, Missouri**

                                    /s/ Robert O. Jester
                                    Attorney for Defendant